Case 3:23-cv-00405   Document 116   Filed on 07/08/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| DULCICH, INC., § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 3:23-cv-00405 |
| § | |
| KOLT DAPRON, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before me is a Partially Opposed Motion to Seal Objections to Memorandum and Recommendation. Dkt. 111. On June 16, 2025, Plaintiff filed a public redacted version of its objections. *See* Dkt. 113. After reviewing the motion and proposed redactions, the motion is **GRANTED**.

SIGNED this 8th day of July 2025.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE