United States District Court
Southern District of Texas
**ENTERED**
August 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DULCICH, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-405 |
| | § | |
| KOLT DAPRON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 12, 2025, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A). Dkt. 91. Judge Edison filed an amended memorandum and recommendation on July 29, 2025, recommending that Defendant Kolt DaPron's Motion for Summary Judgment (Dkt. 61 (sealed); Dkt. 108 (redacted)) be denied, and Plaintiff Dulcich, Inc. d/b/a Pacific Seafood Group's Motion for Summary Judgment (Dkt. 80 (sealed); Dkt. 106 (redacted)) be denied. *See* Dkt. 117.

No objections have been filed to the amended memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's amended memorandum and recommendation (Dkt. 117) is approved and adopted in its entirety as the holding of the court;

(2) DaPron's Motion for Summary Judgment (Dkt. 61 (sealed); Dkt. 108 (redacted)) is denied; and

(3) Pacific's Motion for Summary Judgment (Dkt. 80 (sealed); Dkt. 106 (redacted)) is denied.

Signed on Galveston Island this 13th day of August, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE