UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DULCICH, INC. D/B/A PACIFIC SEAFOOD GROUP, | § § § § § § § § § § § § | |
| PLAINTIFF, | | |
| V. | | CIVIL ACTION NO. 3:23-CV-00405 |
| KOLT DAPRON, | | |
| DEFENDANT. | | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Dulcich, Inc. d/b/a Pacific Seafood Group and Defendant Kolt DaPron file this Joint Stipulation of Dismissal. All claims and causes of action asserted by and between the parties have been resolved. The parties stipulate to the dismissal of these claims with prejudice, with each party bearing its own attorneys' fees and costs.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties request the Court enter an Order dismissing this action WITH PREJUDICE.

[*Signature block on following page*]

1

        Respectfully submitted,

        JACKSON WALKER LLP

By:  *Joel R. Glover*
      Joel R. Glover
      State Bar No. 24087593
      jglover@jw.com
      Harris J. Huguenard
      Texas State Bar No. 24099615
      hhuguenard@jw.com
      Michael A. Drab
      Texas State Bar No. 24115826
      mdrab@jw.com
      Duncan K. Robinson
      Texas State Bar no. 24144102
      drobinson@jw.com
      1401 McKinney, Suite 1900
      Houston, TX 77010
      Telephone: 713.752.4200
      Facsimile: 713.308.4114

      **ATTORNEYS FOR PLAINTIFF**

      **Johnson & Associates**
      **Attorneys at Law, PLLC**

By:  *Morgan A. Jenkins (with permission)*
      Morgan A. Jenkins
      Texas State Bar No. 24106141
      S.D. Texas Federal I.D. No. 3364193
      morgan@Johnson-Attorneys.com
      Christopher L. Johnson
      Texas State Bar No. 24069999
      S.D. Texas Federal I.D. No. 1050247
      chris@Johnson-Attorneys.com
      Camille A. Vaclavik
      Texas State Bar No. 24144129
      S.D. Texas Federal I.D. No. 3902974
      303 East Main Street, Suite 100
      League City, Texas 77573
      Main: 281-895-2410
      Fax: 409-263-1020

      **ATTORNEYS FOR DEFENDANT**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that service of a true and correct copy of the above and foregoing document will be accomplished on all counsel of record through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on December 15, 2025.

    /s/ *Joel R. Glover*
    Joel R. Glover