United States District Court
Southern District of Texas
**ENTERED**
December 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DULCICH, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-405 |
| KOLT DAPRON, *et al.*, | § § § | |
| Defendants. | § § § | |

### **STIPULATED DISMISSAL**

On December 15, 2025, the parties filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 15.

Accordingly, it is **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 16th day of December, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE